**United States Bankruptcy Court**
**Western District of Tennessee**

IN RE:                                                                                                           Case No. _____

**Hayes, Clinton E.** _____                        Chapter **13**
                              Debtor(s)

# CHAPTER 13 PLAN
(Individual Adjustment of Debts)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Hayes, Clinton E.** | S.S. # **0718** |
| | (W) | S.S. # |
| ADDRESS: | **5969 Benjestown Rd**<br>**Memphis, TN  38127-1632** | |

PLAN PAYMENT:       Debtor(s) to pay $**550.00**  ☐ weekly ☐ every two weeks ☐ semi-monthly ☒ monthly

PAYROLL DEDUCTION:    **NO** OR ☒ DIRECT PAY
                                             BECAUSE: **Debtor is self employed**
                                             FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT:
ADMINISTRATIVE:              Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

                                                                                                                                   MONTHLY
                                                                                                                                   PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ☒ Not included in Plan ☐ Included in Plan | $ **0.00** |
| CHILD SUPPORT: | Future support through Plan to **None** | $ **0.00** |
| | Child support arrearage amount **None** | $ **0.00** |
| PRIORITY CREDITORS: | **Internal Revenue Service** | $ **20.00** |

HOME MORTGAGE            If no arrearage, ongoing payments are to be paid directly by the debtor(s)
**Trustmark National Bank (2nd mortgage on primary residence located at 5969 Benjestown Road; to be surrendered)**    Ongoing pmt. Begin                                                                 $ **0.00**
                                                                    Approx. arrearage  Interest %                                        $ **0.00**
**Trustmark National Bank (mortgage on lot located on Benjestown Road; to be surrendered)**

|  | AMOUNT PAID TO CREDITORS | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| SECURED CREDITORS:<br>(Retain lien 11 U.S.C. § 1325(a)(5)) | | | |
| **Pentech Financial Services (PMSI; 2005 Freightliner)** | $ **14,000.00** | **5.00** % | $ **300.00** |

**Citi (PMSI; furniture; to be surrendered)**
**Toyota Financial Services; (PMSI 2004 Ford Mustang; to be surrendered)**
**Nissan Motor Credit (PMSI 2005 Nissan Altima; to be surrendered)**
**HSBC (PMSI; 2008 Yamaha YZf-R6 motorcycle; to be surrendered)**
**GE Money Bank (PMSI; 2007 Yamaha YZF-R6 motorcycle; to be surrendered)**

UNSECURED CREDITORS:       Absent a specific Court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General unsecured creditors will receive an amount to be determined by Trustee.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **87,184.53**
TERMINATION:                 Plan shall terminate upon payment of the above, approximately **60** months.

DEBTORS ATTORNEY:       **S. Jonathan Garrett 019389**
                                              1835 Union Avenue, Suite 315
                                              Memphis, TN 38104
                                              **jongarrettlaw@gmail.com**
                                              **Telephone: (901) 323-3200**
                                              **Fax: (901) 323-3275**

* ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.