**Dated: April 21, 2011**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE


In Re:                                              Chapter 13
CLINTON E HAYES


Debtor(s)                                           Case No. 10-28261-K
SSN XXX-XX-0718
```

---

Amended Order Confirming Plan

---

It appearing to the Court that the debtor(s) has filed a plan which has been sent to the scheduled creditors; that at the confirmation hearing it appeared to the Court from statements of the Chapter 13 Trustee, and the entire record herein that the plan as finalized complies with 11 U.S.C.A. §1325(a) and other applicable provisions of Bankruptcy Code; and that the plan should be confirmed;

IT IS THEREFORE, ORDERED BY THE COURT:

1.  That the debtor(s)' plan, which is attached hereto, is confirmed;

2.  That the debtor pay into the plan as follows:

Debtor One Direct    CLINTON E HAYES                    $364.00 MONTHLY

If this is different from the originally proposed plan, then the Trustee is ordered to enter a separate order changing payment. Furthermore, the debtor(s)' future earnings shall remain under the exclusive control of this Court. In the event of dismissal, or conversion, funds held by the Trustee shall be paid to creditors unless otherwise ordered by the court.

3.  All property shall remain property of the Chapter 13 estate under §541(a) and 1306(a) and shall revest in the debtor(s) only upon discharge pursuant to §1328(a), dismissal of the case, or specific order of the Court. The debtor(s) shall remain in possession of and in control of all property of the estate not transferred to the Trustee, and shall be

4. An attorney fee is allowed in the amount of $3,000.00. The attorney has receieved $300.00 to be retained.
5. Any real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as secured debts. If the debtor(s) surrender(s) any real property during the pendency of this case, the real property will no longer be property of the estate and the automatic stay shall terminate regarding interests of affected real property taxing authorities.
6. The balances of any student loans shall survive discharge if the plan indicates same.
7. CHAPTER 13 CONFIRMATION ORDER AMENDED TO INCLUDE LANGUAGE REGARDING VERICREST MORTGAGE TO BE SURRENDERED.

CC: George W. Stevenson
FB
    S JONATHAN GARRETT ATTORNEY
    1835 UNION AVENUE
    SUITE 315
    MEMPHIS, TN  38104

/s/ George W. Stevenson
Chapter 13 Trustee

CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

```
DEBTOR(S)       CLINTON E HAYES                          SSN XXX-XX-0718
                :
BK NUMBER       10-28261-K
                :5969 BENJESTOWN RD
                MEMPHIS, TN  38127-1630

PLAN PAYMENT    :(DEBTOR 1)      $364.00  MONTHLY              - Direct Pay

METHOD OF PYMT   DIRECT PAY - First payment due by September 2, 2010.

EMPLOYER(S)     :  CLINTON E HAYES
                   5969 BENJESTOWN RD
                   MEMPHIS, TN  38127-1630

ADMINISTRATIVE   Pay filing fee, Trustee fee, and debtor's attorney fee

                                                                  MONTHLY
                                                                  PLAN PYMT

AUTO INSURANCE:
    AUTO INSURANCE NOT INCLUDED

SPECIAL PRIORITY

    JACQUELYN HAYES              ongoing pmt. begin                    $0.00
        Approx. arrearage        $0.00    Interest    0.00%            $0.00
    [Deleted - Paid Outside]



HOME MORTGAGE: If no arrearage, ongoing payments deleted unless provided for:

    TRUSTMARK NATIONAL BANK      ongoing pmt. begin                    $0.00
        Approx. arrearage        $0.00    Interest    0.00%            $0.00
    [Surrendered - Transferred to General Unsecured]

    TRUSTMARK NATIONAL BANK      ongoing pmt. begin                    $0.00
        Approx. arrearage        $0.00    Interest    0.00%            $0.00
    [Surrendered - Transferred to General Unsecured]


SECURED CREDITORS:                              VALUE    INT RATE    MONTHLY
[retain lien 11 U.S.C.                                               PLAN PYMT
    NATIONAL CAPITAL MANAGEMENT LLC             $0.00     0.00%      $0.00
    [Surrendered - Transferred to General Unsecured]

    TOYOTA MOTOR CREDIT                         $0.00     0.00%      $0.00
    [Surrendered - Transferred to General Unsecured]

    HSBC                                        $0.00     0.00%      $0.00
    [Surrendered - Transferred to General Unsecured]

    PENTECH FINANCIAL SERVICES                  $0.00     0.00       $0.00
    [Deleted Per Order]

    NISSAN MOTOR CREDIT                         $0.00     0.00%      $0.00
```

[Surrendered - Transferred to General Unsecured]

```
  GEMB/ GE MONEY SERVICES                         $0.00         0.00%          $0.00
  [Surrendered - Transferred to General Unsecured]
```

UNSECURED CREDITORS: <u>Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts</u>.  General unsecured creditors will receive 20.00% .

```
  PENTECH FINANCIAL SERVICES           $0.00
  [Deleted Per Order]

  BANKCARD CENTER                  $29,899.28
  RESURGENT CAPITAL SERVICES          $778.20
  DFS SERVICES LLC                 $15,550.24
  DFS-SERVICES LLC                 $15,626.96
  DUCKWORTH PATHOLOGY GROUP INC       $137.00
  PORTFOLIO RECOVERY ASSOCIATES     $4,499.90
  PORTFOLIO RECOVERY ASSOCIATES     $3,212.37
  PORTFOLIO RECOVERY ASSOCIATES    $16,966.33
  TOYOTA FINANCIAL SERVICES           $689.41
  NISSAN MOTOR CREDIT                   $0.00
  [Deleted Per Order]

  VERICREST FINANCIAL              $48,590.85
  [Surrendered - Transferred to General Unsecured]

  WELLS FARGO FINANCIAL TN            $686.59
  [Add]

  FIRST TENNESSEE BANK             $30,253.66
  [Add]

  TOYOTA MOTOR CREDIT CORPORATIO        $0.00
  [Deleted Per Order]

  NATIONAL CAPITAL MANAGEMENT LLC     $788.79
  [Add]

  BASS & ASSOCIATES                 $7,573.38
  [Add]
```

TERMINATION: Plan shall terminate upon payment of the above, approximately  60 months.